IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA ALBRECHT,

                                        MEMORANDUM

            Plaintiff,

                                        10-cv-444-bbc

    v.

GUNDERSEN LUTHERAN MEDICAL
CENTER and MICHELLE PATTERSON,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In compliance with this court's directive, plaintiff Linda Albrecht advised the court today that she wants to continue to pursue her legal claims against defendants, but that she has been unable to find counsel to represent her. She may have until December 6, 2010, to secure representation. She is to advise the court by telephone at 8:30 am on December 6 of the name of the lawyer who will be representing her.

       If plaintiff is unable to find counsel by December 6 but is prepared to pursue the case on her own, without counsel, I will reinstate the requirement that plaintiff call defendants' counsel to answer counsel's questions about further proceedings. In the previous order, I

1

gave the wrong number for defendants' counsel.  It is 608-783-3003.

Entered this 24th day of November, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge