IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA L. ALBRECHT,

                                        ORDER

               Plaintiff,

                                    10-cv-444-bbc

     v.

GUNDERSEN LUTHERAN
MEDICAL CENTER and
MICHELLE PATTERSON,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      An ex parte telephone status conference in this case was scheduled for December 6, 2010 at 8:30 a.m.  At that conference, plaintiff was to advise the court whether she has retained counsel to represent her or if not, whether she wishes to appear pro se or dismiss her case.  Plaintiff did not contact the court at the scheduled time. Court staff left a message for plaintiff and as of the date of this order, that call has not been returned.

      Plaintiff will have until December 15, 2010, in which to advise the court in writing of her decision.  If plaintiff fails to do so, the court will assume that she no longer wishes to

pursue this case and it will be dismissed with prejudice.

Entered this 7th day of December, 2010.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge