IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA L. ALBRECHT,

                                                                             ORDER

                     Plaintiff,

                                                                             10-cv-444-bbc

      v.

GUNDERSEN LUTHERAN
MEDICAL CENTER and
MICHELLE PATTERSON,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On December 7, 2010, I entered an order advising plaintiff that she had until December 15, 2010 in which to advise the court in writing whether she has retained counsel to represent her or, if not, whether she wishes to appear pro se or dismiss her case with prejudice. As of the date of this order, plaintiff has not responded. Her failure to communicate with the court indicates that she is no longer interesting in pursuing her lawsuit. Therefore, I will dismiss the case in its entirety with prejudice.

1

ORDER

IT IS ORDERED that this case is dismissed with prejudice for plaintiff Linda L. Albrecht's failure to prosecute it.

Entered this 21st day of December, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge